UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

**ZELLNER**

      V.

**STATE OF NY ET AL**

----------------------------------------------x

EDNY # CV-02-cv-95
USCA#05-6309
RELATED CASE:
JUDGE: TOWNES

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ APR 1 1 2007 ★

BROOKLYN OFFICE

## RECORD

Index Prepared By:     MARY ANN MCGEE

Address:     EASTERN DISTRICT OF NEW YORK

Telephone No.:     (718) 613-2310

    The document numbers circled on the following pages with the original papers, constitute part of this record on appeal; the other part of this record on appeal consists of electronically filed documents. The documents with underlined document numbers may be found on our web site http://www.nyed.uscourts.gov.